**FILED**

NOV 1 4 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
# (THE HONORABLE GORDON THOMPSON, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 14CR2662-GT |
| Plaintiff, | |
| vs. | **ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| FRANCISCO CARDENAS-JIMENEZ, | |
| Defendant, | |

**IT IS HEREBY ORDERED** that the final hearing presently set for December 23, 2014 be continued to January 23, 2015 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: 11/14/14

HON. GORDON THOMPSON, JR.
U.S. DISTRICT COURT JUDGE

---

*Order Granting Joint Motion to Continue Sentencing Hearing, U.S. v. Cardenas-Jimenez, 14CR2662-GT*

1